UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                 :

JVIS-USA, LLC,                     :

                                 :

                  Plaintiff,    :                 26-CV-2497 (VSB)

                                 :

         -against-          :

                                 :                 **ORDER**

FEDEX TRADE NETWORKS TRANSPORT  :
& BROKERAGE, INC.,         :

                                 :

                  Defendant.   :

                                 :
---------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      This case has been transferred to this District and assigned to me.  All prior deadlines and

schedules remain in effect.  It is hereby:

      ORDERED that on or before April 16, 2026, the parties shall file on ECF a joint letter of

no more than five (5) pages, addressing the following topics, in separate paragraphs:

1. A brief statement of the nature of the case;

2. A statement of all existing deadlines, due dates and/or cut-off dates;

3. A brief description of any motions which have been made and/or decided and a confirmation that there are no pending appeals;

4. A statement describing the status of discovery in this case;

5. A statement describing the status of any settlement discussions;

6. Estimated length of trial and whether a jury demand has been made; and

7. Any other information that you believe may assist the Court.

SO ORDERED.

Dated: March 26, 2026
      New York, New York

Vernon S. Broderick
United States District Judge