# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JVIS-USA, LLC, a Michigan limited
liability company,

    *Plaintiff,*

v.

    Case No. 26-CV-2497 (VSB) (GWG)

FEDEX TRADE NETWORKS
TRANSPORT & BROKERAGE, INC.
d/b/a FEDEX LOGISTICS, a New York
corporation,

    *Defendant.*

## ORDER GRANTING JOINT STIPULATION
## TO WITHDRAW JURY DEMAND

Upon the stipulation of the Parties, it is hereby ORDERED that any and all jury demands in this action are withdrawn, and this action shall proceed as a bench trial before the Court.

The Joint Stipulation to Withdraw Jury Demand is GRANTED.

IT IS SO ORDERED, this ___9th___ day of June, 2026.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge